ORIGINAL

ChampacoM.aacg2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC 12 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00023 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| MARIO C. CHAMPACO, ) | |
| Defendant, ) | |
| RETIREMENT FUND, ) GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Annual Accounting in Garnishment** was sent to the defendant and garnishee by mail on _December 12, 2005_.

MICHELLE PEREZ

Case 1:03-cr-00023  Document 30  Filed 12/12/2005  Page 1 of 1