ORIGINAL

ChampacoM.aacg3

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

DEC 15 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 03-00023 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ANNUAL ACCOUNTING IN GARNISHMENT** |
| MARIO C. CHAMPACO, | ) |
| Defendant. | ) |

To: Retirement Fund
Government of Guam
424 Route 8
Maite, Guam 96910

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about October 9, 2003 and the Amended Writ of Continuing Garnishment issued on or about August 5, 2004, $1,625.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 15th day of December, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Mikel W. Schwab
MIKEL W. SCHWAB
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 2003Z00055

DEBTOR: Champaco, Mario C.
COLLECTION TYPE: 6A
BALANCE AS OF DECEMBER 5, 2006:   $11,152.75

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 05-DEC-2005 | GC/H | 0027655 | 089583 | $ 65.00 |
| 19-DEC-2005 | GC/H | 0027749 | 089863 | 65.00 |
| 03-JAN-2006 | GC/H | 0027837 | 089990 | 65.00 |
| 18-JAN-2006 | GC/H | 0027941 | 090326 | 65.00 |
| 02-FEB-2006 | GC/H | 0028018 | 090492 | 65.00 |
| 21-FEB-2006 | GC/H | 0028150 | 090649 | 65.00 |
| 01-MAR-2006 | GC/H | 0028198 | 090800 | 65.00 |
| 20-MAR-2006 | GC/H | 0028302 | 091137 | 65.00 |
| 03-APR-2006 | GC/H | 0028379 | 091308 | 65.00 |
| 17-APR-2006 | GC/H | 0028437 | 091483 | 65.00 |
| 01-MAY-2006 | GC/H | 0028495 | 091824 | 65.00 |
| 17-MAY-2006 | GC/H | 0028585 | 092016 | 65.00 |
| 01-JUN-2006 | GC/H | 0028656 | 092193 | 65.00 |
| 19-JUN-2006 | GC/H | 0028751 | 092370 | 65.00 |
| 03-JUL-2006 | GC/H | 0028882 | 092717 | 65.00 |
| 17-JUL-2006 | GC/H | 0029002 | 092868 | 65.00 |
| 01-AUG-2006 | GC/H | 0029195 | 093004 | 65.00 |
| 16-AUG-2006 | GC/H | 0029552 | 093390 | 65.00 |
| 01-SEP-2006 | GC/H | 0029800 | 093509 | 65.00 |
| 19-SEP-2006 | GC/H | 0029981 | 093653 | 65.00 |
| 05-OCT-2006 | GC/H | 0030117 | 093804 | 65.00 |
| 17-OCT-2006 | GC/H | 0030204 | 093941 | 65.00 |
| 08-NOV-2006 | GC/H | 0030372 | 094319 | 65.00 |
| 22-NOV-2006 | GC/H | 0030463 | 094490 | 65.00 |
| 05-DEC-2006 | GC/H | 0030538 | 094724 | 65.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:   $1,625.00