ORIGINAL

1 | ChampacoM.aacg3

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MIKEL W. SCHWAB
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM

DEC 18 2006  mbo

MARY L.M. MORAN
CLERK OF COURT

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF GUAM

10 | UNITED STATES OF AMERICA,          )      CRIMINAL CASE NO. 03-00023
                                      )
11 |              Plaintiff,           )
                                      )
12 |        vs.                        )      **CERTIFICATE OF SERVICE**
                                      )
13 | MARIO C. CHAMPACO,                )
                                      )
14 |              Defendant,           )
   |_____   )
15 |                                   )
   | RETIREMENT FUND,                  )
16 | GOVERNMENT OF GUAM,               )
                                      )
17 |              Garnishee.           )
   |_____   )
18 |

19 |

20 |        I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed

21 | copy of the following:  **Annual Accounting in Garnishment** was sent to the defendant and

22 | garnishee by mail on December 15, 2006                    .

23 |

24 |                                              Michelle Perez
                                                MICHELLE PEREZ
25 |

26 |

27 |

28 |