ORIGINAL

CHAMPACO_M.aacg4

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America



FILED
DISTRICT COURT OF GUAM
JAN 15 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIO C. CHAMPACO, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 03-00023 <br><br> **ANNUAL ACCOUNTING IN GARNISHMENT** |

To: Retirement Fund
Government of Guam
424 Route 8
Maite, Guam 96910

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Amended Writ of Continuing Garnishment filed in the above entitled action.

//
//
//
//
//

Pursuant to the Amended Writ of Continuing Garnishment issued on or about December 15, 2006, $1,625.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 14th day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney



CDCS 2003B04965/001  Name Champaco, Mario C.  Collect 6A  Court CR-03-  Priority 04  ,989476
Type                                          Nbr 00023   Code

For Report Parameters: 2003B04965 ,001 ,989476

Scheduled Payment Amount: $65.00  Scheduled Payment Date:   Current Liability: $9,655.84

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0060 | PMNT | 02/21/2006 | GC | H | 0028150 | | 090649 | | 02/28/2006 | $65.00 |
| 0061 | PMNT | 03/01/2006 | GC | H | 0028198 | | 090800 | | 03/06/2006 | $65.00 |
| 0062 | PMNT | 03/20/2006 | GC | H | 0028302 | | 091137 | | 03/28/2006 | $65.00 |
| 0063 | PMNT | 04/03/2006 | GC | H | 0028379 | | 091308 | | 04/10/2006 | $65.00 |
| 0064 | PMNT | 04/17/2006 | GC | H | 0028437 | | 091483 | | 04/26/2006 | $65.00 |
| 0067 | PMNT | 05/01/2006 | GC | H | 0028495 | | 091824 | | 05/15/2006 | $65.00 |
| 0068 | PMNT | 05/17/2006 | GC | H | 0028585 | | 092016 | | 05/22/2006 | $65.00 |
| 0069 | PMNT | 06/01/2006 | GC | H | 0028656 | | 092193 | | 06/08/2006 | $65.00 |
| 0070 | PMNT | 06/19/2006 | GC | H | 0028751 | | 092370 | | 06/26/2006 | $65.00 |
| 0071 | PMNT | 07/03/2006 | GC | H | 0028882 | | 092717 | | 07/10/2006 | $65.00 |
| 0072 | PMNT | 07/17/2006 | GC | H | 0029002 | | 092868 | | 07/27/2006 | $65.00 |
| 0073 | PMNT | 08/01/2006 | GC | H | 0029195 | | 093004 | | 08/07/2006 | $65.00 |
| 0074 | PMNT | 08/16/2006 | GC | H | 0029552 | | 093390 | | 08/21/2006 | $65.00 |
| 0075 | PMNT | 09/01/2006 | GC | H | 0029800 | | 093509 | | 09/07/2006 | $65.00 |
| 0076 | PMNT | 09/19/2006 | GC | H | 0029981 | | 093653 | | 09/25/2006 | $65.00 |
| 0077 | PMNT | 10/05/2006 | GC | H | 0030117 | | 093804 | | 10/11/2006 | $65.00 |
| 0078 | PMNT | 10/17/2006 | GC | H | 0030204 | | 093941 | | 10/25/2006 | $65.00 |
| 0079 | PMNT | 11/08/2006 | GC | H | 0030372 | | 094319 | | 11/13/2006 | $65.00 |
| 0080 | PMNT | 11/22/2006 | GC | H | 0030463 | | 094490 | | 11/27/2006 | $65.00 |
| 0081 | PMNT | 12/05/2006 | GC | H | 0030538 | | 094724 | | 12/11/2006 | $65.00 |
| 0082 | PMNT | 12/20/2006 | GC | H | 0030622 | | 095261 | | 12/28/2006 | $65.00 |
| 0083 | PMNT | 01/05/2007 | GC | H | 0030720 | | 095499 | | 01/08/2007 | $65.00 |
| 0084 | PMNT | 01/19/2007 | GC | H | 0030815 | | 095732 | | 01/22/2007 | $65.00 |
| 0085 | PMNT | 02/02/2007 | GC | H | 0030915 | | 095922 | | 02/05/2007 | $65.00 |
| 0086 | PMNT | 02/20/2007 | GC | H | 0031020 | | 096218 | | 02/26/2007 | $65.00 |
| 0087 | PMNT | 03/02/2007 | GC | H | 0031067 | | 096373 | | 03/05/2007 | $65.00 |
| 0088 | PMNT | 03/19/2007 | GC | H | 0031153 | | 096761 | | 03/26/2007 | $65.00 |
| 0089 | PMNT | 04/03/2007 | GC | H | 0031225 | | 096923 | | 04/09/2007 | $65.00 |



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: GU    Report Date: 01/03/2008

For Report Parameters: 2003B04965 ,001 ,989476

| CDCS MBR | 2003B04965/001 | Name | Champaco, Mario C. | Collect Type | 6A | Court MBR | CR-03-00023 | Priority Code | 04 | Scheduled Payment Amount | $65.00 | Scheduled Payment Date | | Current Liability | $9,655.84 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0090 | PMNT | 04/17/2007 | GC | H | 0031315 | | 097291 | | 04/23/2007 | $65.00 |
| 0091 | PMNT | 05/02/2007 | GC | H | 0031401 | | 097464 | | 05/07/2007 | $65.00 |
| 0092 | PMNT | 05/17/2007 | GC | H | 0031493 | | | | 05/22/2007 | $65.00 |
| 0093 | PMNT | 06/04/2007 | GC | H | 0031583 | | 098161 | | 06/11/2007 | $65.00 |
| 0094 | PMNT | 06/19/2007 | GC | H | 0031681 | | 098476 | | 06/25/2007 | $65.00 |
| 0095 | PMNT | 07/05/2007 | GC | H | 031791 | | 098920 | | 07/10/2007 | $65.00 |
| 0096 | PMNT | 07/18/2007 | GC | H | 0031938 | | 099049 | | 07/23/2007 | $65.00 |
| 0097 | PMNT | 08/02/2007 | GC | H | 0032187 | | 099491 | | 08/06/2007 | $65.00 |
| 0098 | PMNT | 08/17/2007 | GC | H | 0032563 | | 099834 | | 08/20/2007 | $65.00 |
| 0101 | PMNT | 09/05/2007 | GC | H | 0032786 | | 100024 | | 09/10/2007 | $65.00 |
| 0102 | PMNT | 09/26/2007 | GC | H | 0032949 | | R775730 | | 09/28/2007 | $65.00 |
| 000105 | PMNT | 10/03/2007 | GC | H | 0032993 | | 100347 | | 10/10/2007 | $65.00 |
| 000107 | PMNT | 10/18/2007 | GC | H | 0033106 | | 100776 | | 10/22/2007 | $65.00 |
| 000109 | PMNT | 11/05/2007 | GC | H | 0033218 | | 100963 | | 11/13/2007 | $65.00 |
| 000111 | PMNT | 11/26/2007 | GC | H | 0033345 | | 101418 | | 12/03/2007 | $65.00 |
| 000113 | PMNT | 12/05/2007 | GC | H | 0033413 | | 101630 | | 12/10/2007 | $65.00 |
| 000115 | PMNT | 12/19/2007 | GC | H | 0033490 | | 102067 | | 12/27/2007 | $65.00 |
| Total | | | | | | | | | | $6,390.00 |