ORIGINAL

CHAMPACO_M.aacg4Svc

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 17 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIO C. CHAMPACO, ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> RETIREMENT FUND, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____) | CRIMINAL CASE NO. 03-00023 <br><br><br><br> **CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Annual Accounting in Garnishment** was sent to the defendant and garnishee by mail on January 16, 2008.

MICHELLE PEREZ