ORIGINAL

CHAMPACO_M.stpamgar2

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 0 9 2008 P.D.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIO C. CHAMPACO, ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> RETIREMENT FUND, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____) | CRIMINAL CASE NO. 03-00023 <br><br> **STIPULATED MOTION FOR AN AMENDED WRIT OF CONTINUING GARNISHMENT** |

WHEREAS Defendant, MARIO C. CHAMPACO, Social Security Number XXX-XX-8624, has requested that benefits to the judgment defendant, in the amount of $75.00 per pay period ($150.00 per month) be made payable to the Clerk, U.S. District of Guam for payment toward his restitution that is due and owing;

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, MARIO C. CHAMPACO, hereby jointly move the Court for an order of an amended writ of continuing garnishment on the benefits paid to the judgment defendant, in the amount of $75.00 per pay period ($150.00 per month), until his restitution obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 5/9/00

MARIO C. CHAMPACO
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 5/9/08
JFC

By: JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney