**CHAMPACO_M.stpAmWrit**2

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIO C. CHAMPACO, ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> RETIREMENT FUND, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____) | CRIMINAL CASE NO. 03-00023 <br><br> **AMENDED WRIT OF** <br> **CONTINUING GARNISHMENT** |

Upon stipulated motion of Plaintiff and Defendant for an order of a Amended Writ of Continuing Garnishment on Defendant, MARIO C. CHAMPACO's benefits in the amount of $75.00 per pay period ($150.00 per month);

//

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $75.00 per pay period ($150.00 per month) of MARIO C. CHAMPACO, Social Security Number XXX-XX-8624, until further notice.

Checks should be made payable to:

**CLERK, DISTRICT COURT OF GUAM**

and mailed to:

District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 03-00023** to ensure his account is properly credited.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 12, 2008**