**CHAMPACO_M.stpgar2svc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00023 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| MARIO C. CHAMPACO, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| RETIREMENT FUND, ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |

I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for an Amended Writ of Continuing Garnishment** and **Amended Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on May 15, 2008.

                                                        LEONARDO M. RAPADAS
                                                        United States Attorney
                                                        Districts of Guam and the NMI

DATED: 05/16/08                    By:   /s/ Jessica F. Cruz
                                                        JESSICA F. CRUZ
                                                        Assistant U.S. Attorney
                                                        Jessica.F.Cruz@usdoj.gov
                                                       MIKEL W. SCHWAB
                                                        Assistant U.S. Attorney
                                                        mikel.schwab@usdoj.gov