**CHAMPACO_M.ter**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00023 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| MARIO C. CHAMPACO, | ) | |
| Defendant, | ) | |
| RETIREMENT FUND, GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

On or about October 9, 2003, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about August 5, 2004, an Amended Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about May 12, 2008, an Amended Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about July 25, 2008, payment

//
//

flu/mp

in full was made.  Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant MARIO C. CHAMPACO.

DATED this 6th day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov