**CHAMPACO_M.facg**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00023 |
| Plaintiff, | ) | |
| vs. | ) | **FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT** |
| MARIO C. CHAMPACO, | ) | |
| Defendant, | ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To: Retirement Fund
Government of Guam
424 Route 8
Maite, Guam 96910

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment and the Amended Writ of Continuing Garnishments filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about October 9, 2003, the Amended Writ of Continuing Garnishment issued on or about August 5, 2004, and the Amended Writ of Continuing Garnishment issued on or about May 12, 2008, $6,920.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

flu/mp

1  You are notified that you have ten (10) days from the receipt of this final accounting to
2  file a written objection to the accounting and request a hearing in accordance with Title 28,
3  U.S.C. § 3205(c)(9)(B).  If you do object, you must state your grounds for objection and send the
4  written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse,
5  520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena
6  Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam   96910.

DATED this 6th day of August, 2008.

```
                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and NMI


                         By:  /s/ Jessica F. Cruz
                              JESSICA F. CRUZ
                              Assistant U.S. Attorney
                              Jessica.F.Cruz@usdoj.gov
                              MIKEL W. SCHWAB
                              Assistant U.S. Attorney
                              mikel.schwab@usdoj.gov
```

flu/mp                                    - 2 -

Report Level: GU     For Report Parameters: 2003B04965 ,001   ,989476     Report Date: 08/08/2008

**PAYMENTS**

| CDCS NBR | 2003B04965/001 | Name | Champaco, Mario C. | Collect Type | 6A | Court Nbr | CR-03-00023 | Priority Code | 04 | Scheduled Payment Amount | | Scheduled Payment Date | | Current Liability | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | 08/05/2003 | CL | A | 0022832 | | | | 08/11/2003 | $100.00 |
| 0005 | PMNT | 08/26/2003 | CL | A | 0022940 | | | | 09/02/2003 | $80.00 |
| 0006 | PMNT | 10/03/2003 | CL | A | 0023152 | | | | 10/07/2003 | $80.00 |
| 0007 | PMNT | 10/23/2003 | CL | A | 0023287 | | | | 10/29/2003 | $80.00 |
| 0008 | PMNT | 12/05/2003 | CL | A | 0023525 | | | | 12/09/2003 | $80.00 |
| 0009 | PMNT | 12/15/2003 | GC | H | 0023585 | | 80233 | | 12/29/2003 | $50.00 |
| 0010 | PMNT | 01/06/2004 | GC | H | 0023671 | | 80449 | | 01/12/2004 | $50.00 |
| 0011 | PMNT | 01/20/2004 | GC | H | 0023729 | | 80595 | | 01/28/2004 | $50.00 |
| 0012 | PMNT | 02/18/2004 | GC | H | 0023888 | | 80940 | | 03/03/2004 | $50.00 |
| 0013 | PMNT | 03/03/2004 | GC | H | 0023973 | | 81174 | | 03/08/2004 | $50.00 |
| 0014 | PMNT | 03/16/2004 | GC | H | 0024071 | | 81340 | | 03/30/2004 | $50.00 |
| 0015 | PMNT | 04/06/2004 | GC | H | 0024191 | | 81523 | | 04/12/2004 | $50.00 |
| 0016 | PMNT | 04/19/2004 | GC | H | 0024283 | | 81790 | | 04/27/2004 | $50.00 |
| 0017 | PMNT | 05/04/2004 | GC | H | 0024412 | | 82058 | | 05/18/2004 | $50.00 |
| 0018 | PMNT | 05/17/2004 | GC | H | 0024496 | | 82201 | | 05/24/2004 | $50.00 |
| 0019 | PMNT | 06/02/2004 | GC | H | 0024578 | | 82455 | | 06/07/2004 | $50.00 |
| 0020 | PMNT | 06/23/2004 | GC | H | 0024701 | | 82628 | | 07/05/2004 | $50.00 |
| 0021 | PMNT | 07/06/2004 | GC | H | 0024770 | | 82856 | | 07/13/2004 | $50.00 |
| 0022 | PMNT | 07/19/2004 | GC | H | 0024837 | | 83132 | | 07/27/2004 | $50.00 |
| 0023 | PMNT | 08/04/2004 | GC | H | 0024922 | | 83285 | | 08/10/2004 | $50.00 |
| 0024 | PMNT | 08/17/2004 | GC | H | 0024988 | | 83433 | | 08/23/2004 | $50.00 |
| 0025 | PMNT | 09/01/2004 | GC | H | 0025077 | | 83614 | | 09/08/2004 | $50.00 |
| 0026 | PMNT | 09/17/2004 | GC | H | 0025162 | | 83890 | | 09/21/2004 | $50.00 |
| 0027 | PMNT | 10/04/2004 | GC | H | 0025250 | | 84038 | | 10/13/2004 | $65.00 |
| 0028 | PMNT | 10/19/2004 | GC | H | 0025314 | | 84205 | | 10/25/2004 | $65.00 |
| 0029 | PMNT | 11/01/2004 | GC | H | 0025373 | | 84378 | | 11/09/2004 | $65.00 |
| 0030 | PMNT | 11/17/2004 | GC | H | 0025455 | | 84538 | | 11/25/2004 | $65.00 |
| 0031 | PMNT | 12/03/2004 | GC | H | 0025552 | | 84716 | | 12/06/2004 | $65.00 |


| CDCS NBR | 2003B04965/001 | **Name** Champaco, Mario C. | **Collect Type** 6A | **Court Nbr** CR-03-00023 | **Priority Code** 04 | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0032 | PMNT | 12/17/2004 | GC | H | 0025615 |  | 84987 |  | 01/21/2005 | $65.00 |
| 0033 | PMNT | 01/10/2005 | GC | H | 0025721 |  | 85266 |  | 01/22/2005 | $65.00 |
| 0034 | PMNT | 01/25/2005 | GC | H | 0025807 |  | 85389 |  | 01/31/2005 | $65.00 |
| 0035 | PMNT | 02/04/2005 | GC | H | 0025857 |  | 85550 |  | 02/07/2005 | $65.00 |
| 0036 | PMNT | 02/16/2005 | GC | H | 0025936 |  | 85705 |  | 02/22/2005 | $65.00 |
| 0037 | PMNT | 03/04/2005 | GC | H | 0026016 |  | 85861 |  | 03/07/2005 | $65.00 |
| 0038 | PMNT | 03/17/2005 | GC | H | 0026084 |  | 86030 |  | 03/25/2005 | $65.00 |
| 0039 | PMNT | 04/05/2005 | GC | H | 0026174 |  | 86210 |  | 04/11/2005 | $65.00 |
| 0040 | PMNT | 04/19/2005 | GC | H | 0026254 |  | 86381 |  | 04/25/2005 | $65.00 |
| 0041 | PMNT | 05/04/2005 | GC | H | 0026325 |  | 86820 |  | 05/09/2005 | $65.00 |
| 0042 | PMNT | 05/18/2005 | GC | H | 0026414 |  | 86989 |  | 05/23/2005 | $65.00 |
| 0043 | PMNT | 06/06/2005 | GC | H | 0026520 |  | 87180 |  | 06/13/2005 | $65.00 |
| 0044 | PMNT | 06/21/2005 | GC | H | 0026611 |  | 87473 |  | 06/27/2005 | $65.00 |
| 0045 | PMNT | 07/05/2005 | GC | H | 0026682 |  | 87618 |  | 07/11/2005 | $65.00 |
| 0046 | PMNT | 07/20/2005 | GC | H | 0026788 |  | 87756 |  | 07/26/2005 | $65.00 |
| 0047 | PMNT | 08/02/2005 | GC | H | 0026847 |  | 88051 |  | 08/15/2005 | $65.00 |
| 0048 | PMNT | 08/17/2005 | GC | H | 0026938 |  | 88205 |  | 08/23/2005 | $65.00 |
| 0049 | PMNT | 09/06/2005 | GC | H | 0027036 |  | 88527 |  | 09/12/2005 | $65.00 |
| 0050 | PMNT | 09/19/2005 | GC | H | 0027113 |  | 88666 |  | 09/27/2005 | $65.00 |
| 0051 | PMNT | 10/06/2005 | GC | H | 0027232 |  | 88822 |  | 10/11/2005 | $65.00 |
| 0052 | PMNT | 10/19/2005 | GC | H | 0027377 |  | 88978 |  | 10/25/2005 | $65.00 |
| 0053 | PMNT | 11/02/2005 | GC | H | 0027451 |  |  |  | 11/09/2005 | $65.00 |
| 0054 | PMNT | 11/17/2005 | GC | H | 0027551 |  | 089267 |  | 11/21/2005 | $65.00 |
| 0055 | PMNT | 12/05/2005 | GC | H | 0027655 |  | 089583 |  | 12/12/2005 | $65.00 |
| 0056 | PMNT | 12/19/2005 | GC | H | 0027749 |  | 089863 |  | 12/27/2005 | $65.00 |
| 0057 | PMNT | 01/03/2006 | GC | H | 0027837 |  | 089990 |  | 01/12/2006 | $65.00 |
| 0058 | PMNT | 01/18/2006 | GC | H | 0027941 |  | 090326 |  | 01/26/2006 | $65.00 |
| 0059 | PMNT | 02/02/2006 | GC | H | 0028018 |  | 090492 |  | 02/06/2006 | $65.00 |



Report Level: GU    For Report Parameters: 2003B04965 ,001    ,989476    Report Date: 08/08/2008

| CDCS NBR | 2003B04965/001 | Name | Champaco, Mario C. | Collect Type | 6A | Court Nbr | CR-03-00023 | Priority Code | 04 | Scheduled Payment Amount | | Scheduled Payment Date | | Current Liability | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0060 | PMNT | 02/21/2006 | GC | H | 0028150 | | 090649 | | 02/28/2006 | $65.00 |
| 0061 | PMNT | 03/01/2006 | GC | H | 0028198 | | 090800 | | 03/06/2006 | $65.00 |
| 0062 | PMNT | 03/20/2006 | GC | H | 0028302 | | 091137 | | 03/28/2006 | $65.00 |
| 0063 | PMNT | 04/03/2006 | GC | H | 0028379 | | 091308 | | 04/10/2006 | $65.00 |
| 0064 | PMNT | 04/17/2006 | GC | H | 0028437 | | 091483 | | 04/26/2006 | $65.00 |
| 0067 | PMNT | 05/01/2006 | GC | H | 0028495 | | 091824 | | 05/15/2006 | $65.00 |
| 0068 | PMNT | 05/17/2006 | GC | H | 0028585 | | 092016 | | 05/22/2006 | $65.00 |
| 0069 | PMNT | 06/01/2006 | GC | H | 0028656 | | 092193 | | 06/08/2006 | $65.00 |
| 0070 | PMNT | 06/19/2006 | GC | H | 0028751 | | 092370 | | 06/26/2006 | $65.00 |
| 0071 | PMNT | 07/03/2006 | GC | H | 0028882 | | 092717 | | 07/10/2006 | $65.00 |
| 0072 | PMNT | 07/17/2006 | GC | H | 0029002 | | 092868 | | 07/27/2006 | $65.00 |
| 0073 | PMNT | 08/01/2006 | GC | H | 0029195 | | 093004 | | 08/07/2006 | $65.00 |
| 0074 | PMNT | 08/16/2006 | GC | H | 0029552 | | 093390 | | 08/21/2006 | $65.00 |
| 0075 | PMNT | 09/01/2006 | GC | H | 0029800 | | 093509 | | 09/07/2006 | $65.00 |
| 0076 | PMNT | 09/19/2006 | GC | H | 0029981 | | 093653 | | 09/25/2006 | $65.00 |
| 0077 | PMNT | 10/05/2006 | GC | H | 0030117 | | 093804 | | 10/11/2006 | $65.00 |
| 0078 | PMNT | 10/17/2006 | GC | H | 0030204 | | 093941 | | 10/25/2006 | $65.00 |
| 0079 | PMNT | 11/08/2006 | GC | H | 0030372 | | 094319 | | 11/13/2006 | $65.00 |
| 0080 | PMNT | 11/22/2006 | GC | H | 0030463 | | 094490 | | 11/27/2006 | $65.00 |
| 0081 | PMNT | 12/05/2006 | GC | H | 0030538 | | 094724 | | 12/11/2006 | $65.00 |
| 0082 | PMNT | 12/20/2006 | GC | H | 0030622 | | 095261 | | 12/28/2006 | $65.00 |
| 0083 | PMNT | 01/05/2007 | GC | H | 0030720 | | 095499 | | 01/08/2007 | $65.00 |
| 0084 | PMNT | 01/19/2007 | GC | H | 0030815 | | 095732 | | 01/22/2007 | $65.00 |
| 0085 | PMNT | 02/02/2007 | GC | H | 0030915 | | 095922 | | 02/05/2007 | $65.00 |
| 0086 | PMNT | 02/20/2007 | GC | H | 0031020 | | 096218 | | 02/26/2007 | $65.00 |
| 0087 | PMNT | 03/02/2007 | GC | H | 0031067 | | 096373 | | 03/05/2007 | $65.00 |
| 0088 | PMNT | 03/19/2007 | GC | H | 0031153 | | 096761 | | 03/26/2007 | $65.00 |
| 0089 | PMNT | 04/03/2007 | GC | H | 0031225 | | 096923 | | 04/09/2007 | $65.00 |

| CDCS NBR | 2003B04965/001 | Name | Champaco, Mario C. | Collect Type | 6A | Court Nbr | CR-03-00023 | Priority Code | 04 | Scheduled Payment Amount | | Scheduled Payment Date | | Current Liability | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0090 | PMNT | 04/17/2007 | GC | H | 0031315 | | 097291 | | 04/23/2007 | $65.00 |
| 0091 | PMNT | 05/02/2007 | GC | H | 0031401 | | 097464 | | 05/07/2007 | $65.00 |
| 0092 | PMNT | 05/17/2007 | GC | H | 0031493 | | | | 05/22/2007 | $65.00 |
| 0093 | PMNT | 06/04/2007 | GC | H | 0031583 | | 098161 | | 06/11/2007 | $65.00 |
| 0094 | PMNT | 06/19/2007 | GC | H | 0031681 | | 098476 | | 06/25/2007 | $65.00 |
| 0095 | PMNT | 07/05/2007 | GC | H | 031791 | | 098920 | | 07/10/2007 | $65.00 |
| 0096 | PMNT | 07/18/2007 | GC | H | 0031938 | | 099049 | | 07/23/2007 | $65.00 |
| 0097 | PMNT | 08/02/2007 | GC | H | 0032187 | | 099491 | | 08/06/2007 | $65.00 |
| 0098 | PMNT | 08/17/2007 | GC | H | 0032563 | | 099834 | | 08/20/2007 | $65.00 |
| 0101 | PMNT | 09/05/2007 | GC | H | 0032786 | | 100024 | | 09/10/2007 | $65.00 |
| 0102 | PMNT | 09/26/2007 | GC | H | 0032949 | | R775730 | | 09/28/2007 | $65.00 |
| 000105 | PMNT | 10/03/2007 | GC | H | 0032993 | | 100347 | | 10/10/2007 | $65.00 |
| 000107 | PMNT | 10/18/2007 | GC | H | 0033106 | | 100776 | | 10/22/2007 | $65.00 |
| 000109 | PMNT | 11/05/2007 | GC | H | 0033218 | | 100963 | | 11/13/2007 | $65.00 |
| 000111 | PMNT | 11/26/2007 | GC | H | 0033345 | | 101418 | | 12/03/2007 | $65.00 |
| 000113 | PMNT | 12/05/2007 | GC | H | 0033413 | | 101630 | | 12/10/2007 | $65.00 |
| 000115 | PMNT | 12/19/2007 | GC | H | 0033490 | | 102067 | | 12/27/2007 | $65.00 |
| 000117 | PMNT | 01/03/2008 | GC | H | 0033584 | | 102348 | | 01/07/2008 | $65.00 |
| 000119 | PMNT | 01/18/2008 | GC | H | 0033749 | | 102667 | | 01/23/2008 | $65.00 |
| 000121 | PMNT | 02/04/2008 | GC | H | 0033887 | | 103021 | | 02/10/2008 | $65.00 |
| 000123 | PMNT | 02/20/2008 | GC | H | GUX000058 | | | | 02/29/2008 | $65.00 |
| 000125 | PMNT | 03/05/2008 | GC | H | GUX000179 | | | | 03/12/2008 | $65.00 |
| 000127 | PMNT | 03/18/2008 | GC | H | GUX000273 | | | | 03/20/2008 | $65.00 |
| 000129 | PMNT | 04/02/2008 | GC | H | GUX000369 | | | | 04/09/2008 | $65.00 |
| 000131 | PMNT | 04/17/2008 | GC | H | GUX000460 | | | | 04/25/2008 | $65.00 |
| 000133 | PMNT | 05/02/2008 | GC | H | GUX000559 | | | | 05/14/2008 | $65.00 |
| 000135 | PMNT | 05/19/2008 | GC | H | GUX000662 | | | | 06/04/2008 | $65.00 |
| 000137 | PMNT | 06/03/2008 | GC | H | GUX000739 | | | | 06/10/2008 | $75.00 |

| CDCS NBR | 2003B04965/001 | Name | Champaco, Mario C. | Collect Type | 6A | Court Nbr | CR-03-00023 | Priority Code | 04 | Scheduled Payment Amount | | Scheduled Payment Date | | Current Liability | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000139 | PMNT | 06/16/2008 | GC | H | GUX000814 | | | | 06/26/2008 | $75.00 |
| 000141 | PMNT | 07/02/2008 | GC | H | GUX000936 | | | | 07/09/2008 | $75.00 |
| 000143 | PMNT | 07/17/2008 | GC | H | GUX001108 | | | | 07/25/2008 | $75.00 |
| 000145 | PMNT | 07/25/2008 | CL | A | GUX001199-Pacific American Title | | | | 07/29/2008 | $8,156.60 |
| 000146 | PMNT | 07/25/2008 | CL | A | GUX001199-Pacific American Title | | | | 07/29/2008 | $599.52 |
| 000147 | PMNT | 07/25/2008 | CL | A | GUX001199-Pacific American Title | | | | 07/29/2008 | $75.02 |
| Total | | | | | | | | | | $16,171.14 |