**CHAMPACO_G.terSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00023 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| MARIO C. CHAMPACO, ) | |
| Defendant, ) | |
| RETIREMENT FUND, ) GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

     I hereby certify that on August 6, 2008, I electronically filed **Motion to Terminate Writ of Continuing Garnishment** and on August 8, 2008, I electronically filed **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF system.

//

//

//

//

//

| | |
|---|---|
| 1 | A copy of the following documents: **Motion to Terminate Writ of Continuing Garnishment**, |
| 2 | **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final** |
| 3 | **Accounting Upon Termination of Garnishment** were sent to the defendant, MARIO C. |
| 4 | CHAMPACO and garnishee, Retirement Fund, Government of Guam by mail on **August 20,** |
| 5 | **2008**. |

                                                LEONARDO M. RAPADAS  
                                                United States Attorney  
                                                Districts of Guam and the NMI

DATED: 08/27/08                By:    /s/ Jessica F. Cruz  
                                                JESSICA F. CRUZ  
                                                Assistant U.S. Attorney  
                                                Jessica.F.Cruz@usdoj.gov  
                                                MIKEL W. SCHWAB  
                                                Assistant U.S. Attorney  
                                                mikel.schwab@usdoj.gov