1 **CHAMPACO_M.ref**

2 LEONARDO M. RAPADAS
United States Attorney
3 JESSICA F.CRUZ
Assistant U.S. Attorney
4 MIKEL W. SCHWAB
Assistant U.S. Attorney
5 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
7 FAX: (761) 472-7215

8 Attorney's for United States of America

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00023 |
| 12 Plaintiff, | ) ) ) | PETITION TO REFUND |
| 13 v. | ) ) | OVERPAYMENT OF RESTITUTION |
| 14 MARIO C. CHAMPACO, | ) ) | |
| 15 Defendant. | ) ) | |

16
PETITION
17

18     On June 3, 2003, Defendant MARIO C. CHAMPACO was sentenced, among other

19 things, to pay a $100.00 special assessment fee and restitution in the amount of $15,396.60.

20 Plaintiff petitions the Court to refund the overpaid portion of the restitution imposed against the

21 Defendant:

22     1. The following was imposed against Defendant:

23         $   100.00   Amount of assessment fee

24         $15,396.60   Amount of restitution

25         $   599.52   Amount of accrued interest at the legal rate of 0.97 percent

26     2. Defendant paid a total of $16,246.14, as reflected in the Case Inquiry Report (see

27 attached Exhibit A).

28 //

flu/mp

3. The total amount due was $16,096.02. The Defendant overpaid $150.02.

4. Plaintiff respectfully requests that the Court refund the full amount of overpayment by issuing a check in the amount of $150.02 to Mario C. Champaco and mailing the check to his address as provided by our office.

5. Plaintiff further requests that any future payments made by defendant be refunded to him.

DATED this 4th day of September, 2008.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and the NMI

By: /s/ Jessica F. Cruz  
JESSICA F. CRUZ  
Assistant U.S. Attorney  
Jessica.F.Cruz@usdoj.gov  
MIKEL W. SCHWAB  
Assistant U.S. Attorney  
mikel.schwab@usdoj.gov

flu/mp

## U.S. Courts
## Case Inquiry Report

**Case Number** DGUX103CR000023   **Case Title** USA V. CHAMPACO

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | MARIO C. CHAMPACO | SPECIAL PENALTY ASSESSMENT | 100.00 | 100.00 | 0.00 |
| 001 | MARIO C. CHAMPACO | VICTIM RESTITUTION | 15,996.12 | 15,996.12 | 0.00 |
| 001 | MARIO C. CHAMPACO | OVERPAYMENT | 150.02 | 150.02 | 0.00 |
| | | | 16,246.14 | 16,246.14 | 0.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| CONV000134 | U.S. SMALL BUSINESS | 15,396.60 | 6,745.00 | 8,651.60 |
| CONV000135 | MARIO C. CHAMPACO | 150.02 | 0.00 | 150.02 |
| | | 15,546.62 | 6,745.00 | 8,801.62 |

**Registry Information:**
Depository Code   Depository Name              Account Type            Account Code          Depository Total

**Transaction Information:**

| Document Type/Number* Account Number | Document Date Debt Type Line# | Accomplished Date Debt Type | Line Type | Payee Line# | Amount | Party/Payee Name Depository Line# | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| CK 165 DGUX103CR000023-001 | 01/18/2008   1 | 01/31/2008 SPECIAL PENALTY ASSESSMENT | PR | | 100.00 | MARIO C. CHAMPACO | O | 99 | 504100 |
| CK 165 DGUX103CR000023-001 | 01/18/2008   2 | 01/31/2008 VICTIM RESTITUTION | PR | | 6,420.00 | MARIO C. CHAMPACO | O | 99 | 6855XX |
| PK 40 DGUX103CR000023-001 | 01/31/2008   2 | 01/31/2008 VICTIM RESTITUTION | PR | 1 | 5,835.00 | U.S. SMALL BUSINESS ADMINISTRATION | O | 99 | 6855XX |
| CT 33887 DGUX103CR000023-001 | 02/04/2008   2 | 02/06/2008 VICTIM RESTITUTION | PR | | 65.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| CT GUX000058 DGUX103CR000023-001 | 02/20/2008   2 | 02/21/2008 VICTIM RESTITUTION | PR | | 65.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| CT GUX000179 DGUX103CR000023-001 | 03/05/2008   2 | 03/06/2008 VICTIM RESTITUTION | PR | | 65.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| CT GUX000273 DGUX103CR000023-001 | 03/18/2008   2 | 03/20/2008 VICTIM RESTITUTION | PR | | 65.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| CT GUX000369 DGUX103CR000023-001 | 04/02/2008   2 | 04/03/2008 VICTIM RESTITUTION | PR | | 65.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |


EXHIBIT A

## U.S. Courts
## Case Inquiry Report

**Transaction Information:**

| Document Type/Number* Account Number | Document Date Debt Type Line# | Accomplished Date Debt Type | Line Type | Payee Line# Depository Line# | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| CT GUX000460 DGUX103CR000023-001 | 04/17/2008 2 | 04/24/2008 VICTIM RESTITUTION | PR | | 65.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| CT GUX000559 DGUX103CR000023-001 | 05/02/2008 2 | 05/08/2008 VICTIM RESTITUTION | PR | | 65.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| PT 08469400051 DGUX103CR000023-001 | 05/09/2008 2 | 05/09/2008 VICTIM RESTITUTION | PR | 1 | 585.00 | U.S. SMALL BUSINESS | O | 03 | 6855XX |
| CT GUX000662 DGUX103CR000023-001 | 05/19/2008 2 | 05/21/2008 VICTIM RESTITUTION | PR | | 65.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| CT GUX000739 DGUX103CR000023-001 | 06/03/2008 2 | 06/05/2008 VICTIM RESTITUTION | PR | | 75.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| CT GUX000814 DGUX103CR000023-001 | 06/16/2008 2 | 06/19/2008 VICTIM RESTITUTION | PR | | 75.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| CT GUX000936 DGUX103CR000023-001 | 07/02/2008 2 | 07/03/2008 VICTIM RESTITUTION | PR | | 75.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| CT GUX001108 DGUX103CR000023-001 | 07/17/2008 2 | 07/24/2008 VICTIM RESTITUTION | PR | | 75.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| CT GUX001199 DGUX103CR000023-001 | 07/25/2008 3 | 07/28/2008 OVERPAYMENT | IN | | 75.02 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| CT GUX001199 DGUX103CR000023-001 | 07/25/2008 | 07/28/2008 VICTIM RESTITUTION | PR | | 599.52 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| CT GUX001199 DGUX103CR000023-001 | 07/25/2008 2 | 07/28/2008 VICTIM RESTITUTION | PR | | 8,156.60 | MARIO C. CHAMPACO | O | 06 | 6855XX |
| PT 08469400124 DGUX103CR000023-001 | 07/29/2008 2 | 07/29/2008 VICTIM RESTITUTION | PR | 1 | 325.00 | U.S. SMALL BUSINESS | O | 03 | 6855XX |
| CT GUX001352 DGUX103CR000023-001 | 08/01/2008 3 | 08/06/2008 OVERPAYMENT | PR | | 75.00 | MARIO C. CHAMPACO | O | 06 | 6855XX |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CK | Cash Receipt - CCA Conversion |
| CT | Cash Receipt - CCA Automated |