**CHAMPACO_M.RefOrd**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIO C. CHAMPACO,<br><br>    Defendant. | CRIMINAL CASE NO. 03-00023<br><br>**O R D E R**<br><br>Re: United States Petition to Refund<br>    Overpayment of Restitution |

Based upon the Plaintiff's Petition to Refund Overpayment of Restitution, the Court hereby orders the overpaid portions of the restitution in the amount of $150.02 shall be refunded to Mario C. Champaco by mailing a check to his last known address as provided by the plaintiff. Any future payments made by Defendant Mario C. Champaco shall be refunded to him.

**IT IS SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
   **Chief Judge**
**Dated: Sep 08, 2008**